IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED ANGELO, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-CV-3689 |
| BRIDESAVE.COM, L.L.P., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 17th day of March, 2004, upon consideration of Plaintiff's failure to respond to correspondence mailed by the Court to counsel on February 24, 2004, requesting that the Plaintiff file proof of service of the complaint, and upon consideration of Plaintiff's continuing failure to prove service, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, due to lack of service of process.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\Matt\Angelo v. Bridesave.com, 02-3689, Failure to Serve.wpd